People v Coke (2025 NY Slip Op 03515)

People v Coke

2025 NY Slip Op 03515

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, DELCONTE, AND KEANE, JJ. (Filed June 6, 2025.)

MOTION NO. (886/06) KA 04-00629.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
WILLIAM J. COKE, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.